# MACCO & STERN, LLP

Attorneys At Law
2950 Express Drive South
Suite 109
Islandia, New York 11749
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile (631) 549-7845

April 10, 2018

United States Bankruptcy Court
Clerk of the Court
290 Federal Plaza
Central Islip, NY 11722-9013
Attn: Simon Marcus

      Re:    Angela Mendez
               Case No.: 14-71025-reg

Dear Mr. Marcus:

      Pursuant to your request, please be advised that this case is a pending personal injury action where I have retained the firm of Cellino & Barnes PC to continue the prosecution of this action.

      It is a pelvic mesh litigation involving many, many defendants. The litigation is continuing and that is why the estate remains open.

      Thank you.

Yours truly,

Richard L. Stern
RLS/mh